UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TAMRA RETLICK,

    Plaintiff,

    v.

Case No. 10-C-1067

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER APPROVING STIPULATION AWARDING ATTORNEY'S FEES OF $7,921.75 AND COSTS OF $350

Based upon the foregoing Stipulation and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of **$7,921.75** and costs in the amount of **$350.00**, shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act. These fees are awarded to Plaintiff and not his attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010). If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this __9th__ day of July, 2012, at Green Bay, Wisconsin.

    BY THE COURT:

    s/ William C. Griesbach
    WILLIAM C. GRIESBACH
    United States District Judge